UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALYSHA SMITH for A.W.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-5586** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **SECTION: "B"(1)** |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the cross-motion of the defendant, Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 14) is granted and the motion of the plaintiff, Alysha Smith for A.W., for summary judgment (Rec. doc. 11) is denied and plaintiff's complaint is dismissed with prejudice.

New Orleans, Louisiana, this 15th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE